UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case File No.01-2274(JEL/JGL)

Navarre Corporation,

Plaintiff,

vs.

~~PROPOSED~~ ORDER

TurboLinux, Inc.,

Defendant.

The above-entitled matter came before the undersigned Magistrate Judge on the motion to withdraw of Felhaber, Larson, Fenlon & Vogt, P.A. (Felhaber).

Based on the foregoing, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that: (Doc. #11)

Felhaber's motion to withdraw is granted.

Dated: Oct. 23, 2002

JONATHAN LEBEDOFF
United States Magistrate Judge

MPLS 224864-1

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK